**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-1241**

_____

ERICK TIMOTHY GOODALL,

　　　　　Plaintiff - Appellant,

　　v.

CITY OF RICHMOND,

　　　　　Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. John A. Gibney, Jr., Senior District Judge. (3:21-cv-00333-JAG)

_____

Submitted: August 18, 2022　　　　　　　　　　Decided: August 22, 2022

_____

Before WYNN, THACKER, and HEYTENS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Erick Timothy Goodall, Appellant Pro Se. Shannan Marie Fitzgerald, OFFICE OF THE CITY ATTORNEY, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Erick Timothy Goodall appeals the district court's orders dismissing his civil rights action filed pursuant to 42 U.S.C. § 1983 and *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971).  On appeal, we confine our review to the issues raised in the informal brief.  *See* 4th Cir. R. 34(b).  Because Goodall's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's orders.  *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief.").  Accordingly, we affirm the district court's judgment.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*